```
                                  ┌─────────────────────────────┐
                                  │ USDC SDNY                   │
                                  │ DOCUMENT                    │
                                  │ ELECTRONICALLY FILED        │
                                  │ DOC #: _____          │
UNITED STATES DISTRICT COURT      │ DATE FILED: 10/3/07         │
SOUTHERN DISTRICT OF NEW YORK     └─────────────────────────────┘
```

(Cote/T)

----------------------------------------x

JULIAN FREMPONG,

        Plaintiff,

    - against -

MPC PARKING, LLC and ICON PARKING SYSTEMS, LLC,

        Defendants.

----------------------------------------x

Case No. 07 Civ. 6702 (DLC)

<u>Notice of Voluntary Dismissal</u>

PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of the voluntary dismissal of the above-captioned action with prejudice, against defendants MPC Parking, LLC and Icon Parking Systems, LLC.

Dated: September __, 2007



FRANK & ASSOCIATES, P.C.

By: _____
    Neil M. Frank

500 Bi-County Boulevard, Suite 112N
Farmingdale, New York 11735
(631) 756-0400

*Attorneys for Plaintiff*
Julian Frempong

SO ORDERED

_____
/s/ Denise Cote
October 2, 2007